IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 5:23-cr-00134

STEVEN NICHOLAS WIMMER

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Monica D. Coleman, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By: s/Monica D. Coleman
MONICA D. COLEMAN
Assistant United States Attorney
WV State Bar No. 8536
300 Virginia Street, East
Room 4000
Charleston, WV  25301
Phone: 304-345-2200
Fax: 304-347-5104
E-mail: monica.coleman@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 23rd day of August, 2023, to:

>E. Ward Morgan, Esq.
>3217 Cumberland Road
>Bluefield, WV 24701

>s/Monica D. Coleman
>MONICA D. COLEMAN
>Assistant United States Attorney
>WV State Bar No. 8536
>300 Virginia Street, East
>Room 4000
>Charleston, WV  25301
>Phone: 304-345-2200
>Fax: 304-347-5104
>E-mail: monica.coleman@usdoj.gov