UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:23-cr-00134

STEVEN NICHOLAS WIMMER

## ORDER

Pending is the United States' Motion to Schedule a Guilty Plea Hearing [Doc. 2]. The Motion is **GRANTED,** and it is **ORDERED** that the hearing be **SCHEDULED** for **September 28, 2023, at 11:00 a.m. in Beckley.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED: August 28, 2023

*Frank W. Volk*
Frank W. Volk
United States District Judge