UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 5:23-cr-00134

STEVEN NICHOLAS WIMMER

**ORDER**

For reasons appearing to the Court, the plea hearing, previously scheduled for September 28, 2023, is **CONTINUED to November 2, 2023, at 11:00 a.m. in Beckley**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED:   September 28, 2023

*Frank W. Volk*
Frank W. Volk
United States District Judge