# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 11/2/2023 | Case Number: | 5:23-cr-00134 |
| Case Style: | USA vs. Steven Nicholas Wimmer | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Sydney Whittington |

Attorney(s) for the Plaintiff or Government:

Monica Coleman, Christine M. Siscaretti, Matthew Tannenbaum

Attorney(s) for the Defendant(s):

E. Morgan

| | |
|---|---|
| Law Clerk: | Jade Hamilton |
| Probation Officer: | Paradise Nelson |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 11:37 AM | 12:18 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 41 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:30 a.m.
Actual Start 11:37 a.m.

Defendant present in person and by counsel.
Counsel note appearances on the record.
Defendant placed under oath.
Court FINDS Defendant competent to go forward.
Counsel for the United States summarizes plea agreement.
Court DEFERS acceptance of plea agreement but ORDERS original plea agreement filed.
Defendant waives reading of Information.
Defendant pleads guilty to Count One.
Defendant advised of right to be indicted.
Defendant executes waiver of indictment; same witnessed by counsel.
Court ACCEPTS waiver of indictment.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant gives his account of the offense.
Government provides a proffer re: factual basis for the plea.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Defendant executes written guilty plea form; same ORDERED filed.

Court FINDS Defendant is competent and capable of entering an informed plea.
Court FINDS sufficient factual basis for Defendant's plea.
Court FINDS that Defendant understands the consequences of the plea.
Court FINDS that Defendant understands the rights being given up.
Court FINDS Defendant's plea to be voluntary.
Court ACCEPTS plea.
Court ADJUDGES Defendant guilty.
Sentencing SCHEDULED for February 22, 2024 at 10:30 a.m.
Defendant RELEASED on bond, executed today pending sentencing.
Court recessed at 12:18 pm.