# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:23-cr-00134

STEVEN NICHOLAS WIMMER

## **ORDER**

Pending is Defendant's Motion to Continue Sentencing Hearing and any Associated Deadlines [Doc. 19]. The Court **GRANTS** the Motion and **ORDERS** as follows:

1. That the final disposition of this matter previously scheduled for March 28, 2024, is continued to **June 20, 2024, at 10:00 a.m. in Beckley**;

2. That the Probation Office prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **May 10, 2024**;

3. That the United States and counsel for the Defendant file objections to the draft presentence report no later than **May 24, 2024**;

4. That the Probation Office submit a final presentence report to the Court no later than **June 6, 2024**; and

5. That the United States and counsel for the Defendant file their respective sentencing memoranda no later than **June 13, 2024**.

The Clerk is directed to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED: February 13, 2024

Frank W. Volk
United States District Judge